**\*AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. MICHAEL B. CRAWFORD__ CASE NO. 3:11-PO-00030-JDR_____
Defendant: _X_Present _X_On Bond

BEFORE THE HONORABLE:_____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER:_____SAMANTHA LARK_____

UNITED STATES' ATTORNEY:_____STEVEN N. SCORDINO_____

DEFENDANT'S ATTORNEY:_____BRENT COLE_____

PROCEEDINGS: STATUS CONFERENCE HELD NOVEMBER 17, 2011:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:32 a.m. court convened.

Court and counsel heard re government's Motion to Strike [5];
**DENIED.**

Court and counsel heard re defendant's Motion to Dismiss [3].

Court ordered government to file response to defendant's Motion
to Dismiss [3] on or before **November 28, 2011.**

Court and counsel heard government's Motion to Amend the Probable
Cause Statement [7]; **UNDER ADVISEMENT.**

Court and counsel heard re government's intent to file
Misdemeanor Information.

Court ordered government to file Misdemeanor Information on or
before **November 22, 2011.**

Court and counsel heard re defendant's Oral Motion to Participate
Telephonically at Arraignment on Misdemeanor Information;
**GRANTED.**

Court and counsel heard re parties availability for trial.

Court and counsel heard re defendant's Oral Motion to Vacate and
Reset Trial by Court in Scott C. Judah's cases 3:11-PO-00032-JDR
and 3:11-PO-00033-JDR set for January 10, 2012 at 9:30 a.m.;
**GRANTED.**

\*Trial by Court set for **January 10, 2012 at 9:30 a.m.**

Court and counsel heard re witness list and discovery.

At 10:06 a.m. court adjourned.

DATE:____November 18, 2011__ DEPUTY CLERK'S INITIALS:____SAL_____
Revised 9-28-09