KAREN L. LOEFFLER
UNITED STATES ATTORNEY

STEVEN SCORDINO
SPECIAL ASSISTANT U.S. ATTORNEY
Department of the Interior
Office of the Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, Alaska 99508-4626
Phone (907)271-4131/FAX (907)271-4143
Steven.Scordino@sol.doi.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:11-cr-00105-JDR |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL CRAWFORD | ) | |
| | ) | |
| Defendant | ) | |

## **PROPOSED ORDER**

The Defendant failed to show that 50 C.F.R. § 26.22(b) is ambiguous and therefore

neither the rule of lenity nor the void for vagueness doctrine apply. Therefore, the Court hereby

denies the Defendant's motion to dismiss.

Date:_____                    _____
                                                John D. Roberts
                                                U.S. Magistrate Judge