# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA v. MICHAEL CRAWFORD
Case No. 3:11-cr-00105-JDR

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Leslie R. Need, Law Clerk - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

**RE:** Arraignment on Information & Evidentiary Hearing on Defendant's Motion to Dismiss at Docket 3

The Government filed an Amended Information at Docket 1. The filing of this new Information moots the Government's Motion to Amend filed at Docket 5. The Defendant shall be arraigned on the new Information on December 29, 2011 at 2:00 p.m. in Courtroom 6 at the Federal District Court in Anchorage, Alaska.

Defendant filed a Motion to Dismiss at Docket 3. The Government filed an Opposition at Docket 9. The parties shall appear for an Evidentiary Hearing on the Motion on December 29, 2011 immediately following the Arraignment on the new Information. Unless otherwise authorized by the court, the parties and witnesses shall appear in person for the hearings.

IT IS SO ORDERED.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

December 12, 2011

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. <u>See</u> FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\Draft Orders and R & Rs\3-11-cr-00105-JDR\3-11-cr-00105-JDR Minute Order @ 3 Setting EH and Arraignment on Information FINAL_mtd.wpd